FILED
 2009 Feb-02  PM 02:13
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN MATTHEW PETTUS,** as Administrator of the Estate of William E. Pettus, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CV 05-B-2496-NE ) |
| **BRIAN HILL,** in his individual capacity and in his official capacity as Lawrence County Sheriff; **JAMES FARRIS,** in his individual capacity and in his official capacity as Lawrence County Chief Jailer; **JOE FIKE,** in his individual capacity and in his official capacity as Lawrence County Sheriff deputy; **CITY OF TRINITY, ALABAMA; BRADLEY CROSS; MOSE JONES, JR.; LAWRENCE COUNTY/LAWRENCE COUNTY COMMISSION; BARKLEY LENTZ; RANDALL LOUALLEN; HUTSON PARKER,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## MEMORANDUM OPINION

On March 31, 2008, this court denied plaintiff's Motion for Default Against City of Trinity, Alabama, without prejudice to plaintiff's right to re-file its Motion on or before April 16, 2008. (Doc. 106.) To date plaintiff has not re-filed his Motion for Default.

The court deems plaintiff's failure to re-file its Motion for Default as an abandonment of his claims against the City of Trinity. Plaintiff claims against the City of Trinity are due to be dismissed. A separate order dismissing the claims against the City of Trinity will be

entered contemporaneously with this Memorandum Opinion.

    **DONE**, this the 2nd day of February, 2009.

                                          */s/ Sharon Lovelace Blackburn*
                                          SHARON LOVELACE BLACKBURN
                                          CHIEF UNITED STATES DISTRICT JUDGE